### ISLIN et al. v. GOLDBERG.

(City Court of New York, General Term. November 27, 1893.)

Appeal from special term.

Action, aided by attachment, by William Islin and others against Alexander Goldberg. From an order denying a motion to vacate the attachment, defendant appeals. Affirmed.

Argued before VAN WYCK and McCARTHY, JJ.

Horwitz & Hirsch, for appellant.
Blumenstiel & Hirsh, for respondents.

VAN WYCK, J. The papers upon which this attachment was granted and on which defendant moved to vacate the same are substantially the same as those in the companion case of Victor v. Goldberg, 25 N. Y. Supp. 1005, (this day affirmed by this general term, with opinion filed by VAN WYCK, J.,) and the order herein appealed from is affirmed, with costs, on said opinion.